UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

            Plaintiff,

    v.

VIKAS SAGAR

            Defendant.

Case No. 1:22CR00710-001 (CM)

**ORDER FOR ADMISSION**

**PRO HAC VICE**

The motion of Ryan Rohlfsen, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of Illinois and the District of Columbia; and that his contact information is as follows:

> Ryan Rohlfsen
> Ropes & Gray LLP
> 191 North Wacker Drive
> Chicago, Illinois 60606-4302
>
> 2099 Pennsylvania Avenue, N.W.
> Washington, DC 20006-6807
> (312) 845-1358



Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel For VIKAS SAGAR, in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

SO ORDERED:

Dated: 9/22/2025

Judge Colleen McMahon